# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 18-11400
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
July 22, 2019

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

GARY E. LAROCK, JR.,

Defendant-Appellant

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 6:13-CR-44-1

Before KING, DENNIS, and GRAVES, Circuit Judges.

PER CURIAM:*

Gary E. Larock, Jr., pleaded true to violating the terms of his supervised release from his conviction for failure to register as a sex offender, and the district court sentenced him to 24 months of imprisonment and a 180-month term of supervised release. On appeal, he argues that the district court plainly erred by imposing, without explanation, a standard condition of supervised release requiring that he "permit a probation officer to visit [him] at any time

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

at home or elsewhere and permit confiscation of any contraband observed in plain view of the probation officer."

As Larock concedes, our review is for plain error only. *See United States v. Salazar*, 743 F.3d 445, 448 (5th Cir. 2014). We recently rejected materially indistinguishable arguments on plain error review. *See United States v. Cabello*, 916 F.3d 543, 544 (5th Cir. 2019). Thus, the judgment of the district court is AFFIRMED.